```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
             Civil No.: 18-790(DSD/SER)
```

Maksud Ul Mahbub,

      Plaintiff

v.                                              **ORDER**

Kurt Freitag, Sheriff, Freeborn County;
Jack G. Serier, Sheriff, Ramsey County;
John Choi, Ramsey County Attorney,
Ramsey County; and Loris Swanson,
Attorney General, State of Minnesota,

      Defendants.

This matter is before the court upon the objections by pro se plaintiff Maksud Ul Mahbub to the January 8, 2019, report and recommendation of Magistrate Judge Steven E. Rau (R&R). The magistrate judge recommended that the court dismiss the Ramsey County defendants and the Minnesota Attorney General from the action. Mahbub timely objected to the R&R.

The court reviews the R&R de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). After a thorough review of the file and record, the court finds that the R&R is well-reasoned and correct and that Mahbub's objection lacks merit.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The objection [ECF No. 44] to the R&R is overruled;

2. The R&R [ECF No. 43] is adopted in its entirety;

3. The Minnesota Attorney General is dismissed from the case with prejudice;

4. The Ramsey County Attorney and the Ramsey County Sheriff are dismissed from this action with prejudice; and

5. The Freeborn County defendants shall respond to the complaint within fourteen days of this order.


Dated: February 8, 2019

                                           s/David S. Doty
                                           David S. Doty, Judge
                                           United States District Court